United States Bankruptcy Court

Central District of California

In re:  
Rudi Leo Londt  
    Debtor

Case No. 23-10150-RC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-9      User: admin      Page 1 of 1  
Date Rcvd: Mar 15, 2023      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: rlw.londt@gmail.com | Mar 16 2023 00:27:00 | Rudi Leo Londt, 11755 Barranca Road, Santa Rosa Valley, CA 93012-9306 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth (ND) F Rojas (TR) | cacb_ecf_nd@ch13wla.com |
| United States Trustee (ND) | ustpregion16.nd.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |

TOTAL: 3

**FILED & ENTERED**

MAR 15 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust          DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

In re:

Rudi Leo Londt,

Debtor.

Case No.: 9:23-bk-10150-RC

CHAPTER 13

**ORDER DENYING DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**

The Court, having reviewed *Debtor's Motion to Extend Time to File Case Opening Documents* (the "Motion"), hereby,

ORDERS that the Motion is <u>denied</u> for lack of compliance with this Court's Local Rule 1007-1(b)(1)(C).

Date: March 15, 2023

_____
Ronald A. Clifford III
United States Bankruptcy Judge

-1-